**RHODES, HIERONYMUS, JONES, TUCKER & GABLE, P.L.L.C.**
**LAWYERS**

| | | | |
|---|---|---|---|
| ONEOK Plaza<br>100 West 5th Street, Suite 400<br>Tulsa, Oklahoma 74103-4287<br>Telephone (918) 582-1173<br>Fax (918) 592-3390<br>www.rhodesokla.com<br><br>Mailing Address<br>P.O. Box 21100<br>Tulsa, Oklahoma 74121-1100 | Ann E. Allison<br>J. Brian Brandes<br>Nathan E. Clark *<br>Jo Anne Deaton<br>Andrew D. Downing<br>Dan S. Folluo **<br>Theresa N. Hill<br>Carlye O. Jimerson<br>Rachel M. Lee<br>Kerry R. Lewis ***<br>Randall E. Long<br>Lindsay J. McDowell | William T. McKee<br>Chris L. Rhodes, III<br>Deneida L. Richardson<br>Kyle P. Rogers<br>Colin H. Tucker<br>John H. Tucker<br><br>Of Counsel<br>Larry D. Henry<br>James D. Johnson<br>Leslie J. Southerland | Hal Crouch (1902-1947)<br>Chris L. Rhodes (1902-1966)<br>E. D. Hieronymus (1908-1994)<br>George W. Gable (1918-2000)<br>Bert M. Jones (1932-2012)<br><br>— Est. 1931 —<br><br>* Also licensed in Kansas<br>** Also licensed in Arkansas<br>*** Also licensed in Texas |

**RhodesHieronymus**
OKLAHOMA

Reply to: Dan S. Folluo
dfolluo@rhodesokla.com

August 31, 2012

Dan E. Smolen
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119

**VIA FACSIMILE ONLY**

Re: Morrison v. Branum
Our File No.: 2613-3

Dear Mr. Smolen:

As follow-up to our recent telephone conference, please be advised that Chartis has evaluated this case based upon the information submitted. On behalf of Chartis, we have also contacted Harry Parrish and have learned that the underlying liability limit is Five Hundred Thousand Dollars ($500,000.00). Pursuant to the *Burch v. Allstate* Decision and Title 36 O.S. §3636, we do not believe that this is an "underinsured" motorist claim at this time. If you have additional medical documentation for us to consider, we would be more than happy to review it as part of the continuing obligation to investigate and evaluate your client's claim.

Chartis may also have Ms. Morrison submit to an independent medical examination and/or examination under oath as required by the insurance policy to further assist in its evaluation.

We would also ask that your client execute the enclosed Medical Release Authorization so that we can obtain updated medical records and bills in this matter.

Thank you for your consideration in this matter.

Sincerely,

DAN S. FOLLUO

DSF/tsr
Enclosure

**Exhibit 3**