IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) NANCY MORRISON

    Plaintiff,

v.     Case No. 13-CV-116-JED-PJC

(1) CHARTIS PROPERTY CASUALTY CO., a foreign corporation,

    Defendant.

## PRIVILEGE LOG

| Bates Range | Document Type | Date | Author (Atty Author Denoted by *) | Recipients | General Subject Matter | Privilege Asserted |
|---|---|---|---|---|---|---|
| Claim File 379-385 | Email/letter/summary | 12/28/12 | Dan S. Folluo* | Brittan Reed | Report on underlying litigation and summary opinion of Plaintiff's deposition testimony. | Attorney/client privilege and work product. |
| 386-423 | Email and letter | 11/6/12 | Dan S. Folluo* | Brittan Reed | Report and opinion on underlying litigation, legal advice concerning state of law under UM statute and subrogation; Plaintiff's deposition testimony. | Attorney/client privilege and work product. |

EXHIBIT 2

| | | | | | |
|---|---|---|---|---|---|
| 424-425 | Email and letter | 9/26/12 | Dan S. Folluo* | Brittan Reed | Legal advice concerning medical record authorizations and independent medical reviews. | Attorney/client privilege and work product. |
| 426-428 | Email and letter | 9/10/12 | Dan S. Folluo* | Brittan Reed | Report and opinion on underlying litigation; legal advice concerning intervention. | Attorney/client privilege and work product. |
| 429-437 | Email/letter/pleadings | 8/21/12 | Dan S. Folluo* | Brittan Reed | Report and opinion on underlying litigation; legal advice concerning insurer's right to subrogation. | Attorney/client privilege and work product. |
| 438-439 | Email and letter | 8/22/12 | Dan S. Folluo* | Brittan Reed | Legal advice concerning intervention rights, litigation discovery and subrogation. | Attorney/client privilege and work product. |
| 445-450 | Email and letter | 8/16/12 | Dan S. Folluo* | Brittan Reed | Legal opinion and advice concerning state of case law relative to UM subrogation and litigation discovery issues. | Attorney/client privilege and work product. |
| 451-452 | Email and letter | 8/15/12 | John H. Tucker* | Brittan Reed and Dan S. Folluo* | Retention of law firm to provide legal advice. | Attorney/client privilege and work product. |
| 453-473 | Email/report/photographs | 8/13/12 | Brittan Reed | Brian Mack | Request for documents to assist in defense anticipated lawsuit. | Work product. |
| 735 | Email | 8/13/12 | John H. Tucker* | Brittan Reed | Response to request for legal advice. | Attorney/client privilege and work product. |

| | | | | | |
|---|---|---|---|---|---|
| 891-895 | Email/letter and attachment | 1/31/13 | Mary L. Henderson on behalf of Dan S. Folluo* | Brittan Reed | Medical records, retrieval issues. | Attorney/client privilege and work product. |
| 923 | Claim note entry and email | 2/25/13 | Brittan Reed/ Dan S. Folluo* | Brittan Reed | Outside legal counsel's report and opinion on underlying litigation. | Attorney/client privilege and work product. |
| 923 | Claim note entry – copying email from legal counsel | 2/21/13 | Brittan Reed/ Dan S. Folluo* | Brittan Reed/ Randall E. Long*/Mary Henderson/ Teresa Ray | Report and opinion on underlying litigation, legal advice concerning right to subrogation. | Attorney/client privilege and work product. |
| 924 | Claim note entry – copying email from legal counsel | 2/19/13 | Brittan Reed/ Dan S. Folluo* | Brittan Reed | Report on underlying litigation. | Attorney/client privilege and work product. |
| 924 | Claim note entry | 1/7/13 | Brittan Reed | - | Discussion of payment of expenses to outside legal counsel | Work product. |
| 924 | Claim note entry | 12/17/12 | Brittan Reed | - | Summary of legal advice and statements by outside legal counsel relative to medical records authorization. | Attorney/client privilege and work product. |
| 925 | Claim note entry – copying email from defense counsel | 12/17/12 | Brittan Reed/ Dan S. Folluo* | Brittan Reed | Report and opinion on underlying litigation. | Attorney/client privilege and work product. |
| 925 | Claim note entry | 12/10/12 | Brittan Reed | - | Summary of outside legal counsel's report and opinion regarding underlying litigation and advice of medical records authorization. | Attorney/client privilege and work product. |

| | | | | | |
|---|---|---|---|---|---|
| 925 | Claim note entry | 12/3/12 | Brittan Reed | - | Entry regarding involvement of defense counsel and monitoring of underlying lawsuit, status of same. | Attorney/client privilege and work product. |
| 925-926 | Claim note entry – copying email from outside legal counsel | 11/7/12 | Brittan Reed/ Dan S. Folluo* | Brittan Reed | Report and opinion regarding underlying lawsuit, legal advice relative to liability limit tenders and subrogation. | Attorney/client privilege and work product. |
| 926 | Claim note entry | 11/6/12 | Brittan Reed | - | Summary of discussion with outside legal counsel relative to his opinion of underlying litigation. | Attorney/client privilege and work product. |
| 926 | Claim note entry | 11/6/12 | Brittan Reed | - | Email to outside legal counsel concerning legal advice on closing claims and report/opinion on underlying litigation. | Attorney/client privilege and work product. |
| 926 | Claim note entry – copying email from outside legal counsel | 9/26/12 | Brittan Reed/ Dan S. Folluo* | Brittan Reed | Legal advice concerning medical records authorization and independent medical reviews. | Attorney/client privilege and work product. |
| 926 | Claim note entry | 9/25/12 | Brittan Reed | - | Summary of discussion with outside legal counsel relative to medical records authorization, independent medical | Attorney/client privilege and work product. |

| | | | | examinations and state of the law relative to insurer bad faith. | |
|---|---|---|---|---|---|
| 926-927 | Claim note entry – copying email from outside legal counsel | 9/10/12 | Brittan Reed/ Dan S. Folluo* | Brittan Reed | Legal counsel's report and opinion on underlying litigation, independent medical examinations and legal advice concerning insurer's right to intervention in underlying litigation. | Attorney/client privilege and work product. |
| 927 | Claim note entry | 8/30/12 | Brittan Reed | - | Summary of discussion with legal counsel regarding claim and communication with insured's counsel | Attorney/client privilege and work product |
| 930 | Claim note entry | 8/20/12 | Brittan Reed | - | Summary of discussion with outside legal counsel concerning legal rights to subrogation in UIM context. | Attorney/client privilege and work product. |
| 930 | Claim note entry | 8/15/12 | Brittan Reed | - | Summary of discussion with outside legal counsel concerning state of case law on uninsured motorist insurance, insurer bad faith and subrogation. | Attorney/client privilege and work product. |
| 930 | Claim note entry | 8/13/12 | Brittan Reed | - | Summary of email from outside legal counsel concerning retention of | Attorney/client privilege and work product. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | firm for legal advice. | |
| 930-931 | Claim note entry | 8/13/12 | Brittan Reed | - | Summary of discussion with outside legal counsel, John H. Tucker regarding status of Oklahoma UM law and status of insurer bad faith law. | Attorney/client privilege and work product. |
| 931 | Claim note entry | 8/13/12 | Brittan Reed | - | Summary of discussion with attorney John H. Tucker and legal advice regarding state of UM law and bad faith. | Attorney/client privilege and work product. |
| 931 | Claim note entry | 5/15/12 | Brittan Reed | - | Setting Reserves | Confidential/ Proprietary |
| 934 | Claim note entry | 9/9/11 | Brittan Reed | - | Setting Reserves | Confidential/ Proprietary |
| 936 | Claim note entry | 9/1/11 | Brittan Reed | - | Setting Reserves | Confidential/ Proprietary |
| 937 | Claim note entry | 8/31/11 | Brittan Reed | - | Setting Reserves | Confidential/ Proprietary |
| 939 | Claim note entry | 8/23/11 | Brittan Reed | - | Setting Reserves | Confidential/ Proprietary |
| CHARTIS - 841 | Reserves transaction history | No date | (computer report) | - | Setting Reserves | Confidential/ Proprietary |

Respectfully submitted,

By _____
DAN S. FOLLUO, OBA #11303
dfolluo@rhodesokla.com
RANDALL E. LONG, OBA #22216
rlong@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173
(918) 592-3390 Facsimile
**ATTORNEYS FOR DEFENDANT
CHARTIS PROPERTY CASUALTY CO.**